**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**EASTERN DIST. OF WASHINGTON**

Case number (if known): _____ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | The Candle Connection, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 2  7  –  4  7  5  9  8  5  3 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **725 Front Street, #B** | **P O Box 732** |
| Number      Street | Number      Street |
| | **P.O. Box** |
| **Leavenworth**          **WA**      **98826** | **Leavenworth**          **WA**      **98826** |
| City                          State      ZIP Code | City                          State      ZIP Code |
| **Chelan** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number      Street |
| | City                          State      ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

18-01266-11   Doc 1   Filed 05/01/18   Entered 05/01/18 11:59:28   Pg 1 of 35

**7. Describe debtor's business**

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____

                          MM / DD / YYYY

             District _____ When _____ Case number _____

                           MM / DD / YYYY

             District _____ When _____ Case number _____

                           MM / DD / YYYY

18-01266-11    Doc 1    Filed 05/01/18    Entered 05/01/18 11:59:28    Pg 2 of 35

Debtor **The Candle Connection, Inc.** _____ Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in _this district_?**

_Check all that apply:_

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** _(Check all that apply.)_

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____

_____
City                State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

**■ Statistical and adminstrative information**

**13. Debtor's estimation of available funds**

_Check one:_

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Official Form 201 **Voluntary Petition for Non-Individuals Filing for Bankruptcy** page 3

18-01266-11   Doc 1   Filed 05/01/18   Entered 05/01/18 11:59:28   Pg 3 of 35

| 14. | Estimated number of creditors | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

| 15. | Estimated assets | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☑ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. | Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☑ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | Declaration and signature of authorized representative of debtor | ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|---|
| | | ▪ I have been authorized to file this petition on behalf of the debtor. |
| | | ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/26/2018**
MM / DD / YYYY

X **/s/ Cynthia Mowers** _____  **Cynthia Mowers** _____
Signature of authorized representative of debtor  Printed name

Title **Officer/Owner** _____

| 18. | Signature of attorney | X **/s/ Charles Raymond Steinberg** _____  Date **04/26/2018** |
|---|---|---|
| | | Signature of attorney for debtor  MM / DD / YYYY |

**Charles Raymond Steinberg** _____
Printed name

**Steinberg Law Firm, PS** _____
Firm name

**323 N Miller** _____
Number        Street

_____

**Wenatchee** _____  **WA** _____  **98801** _____
City        State        ZIP Code

**(509) 662-3202** _____  **charles@ncwlaw.com** _____
Contact phone        Email address

**23980** _____  _____
Bar number        State

**Fill in this information to identify the case**

Debtor name    **The Candle Connection, Inc.**

United States Bankruptcy Court for the: **EASTERN DIST. OF WASHINGTON**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**      Current value of
   debtor's interest

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Business Checking at CVB - Checking account** | **Checking account** | __ __ __ __ | **$2,600.00** |

4. **Other cash equivalents**    *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      **$2,600.00**

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

Debtor    **The Candle Connection, Inc.**
_____ Case number (if known) _____
          Name

|  |  | Current value of debtor's interest |
|---|---|---|

**7.   Deposits, including security deposits and utility deposits**

       Description, including name of holder of deposit

**8.   Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

       Description, including name of holder of prepayment

**9.   Total of Part 2.**
       Add lines 7 through 8. Copy the total to line 81.

|  |
|---|
| $0.00 |

## Part 3: Accounts receivable

**10.  Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes. Fill in the information below.

|  | | | Current value of debtor's interest |
|---|---|---|---|

**11.  Accounts receivable**

| 11a. 90 days old or less: | **$0.00** | – | **$0.00** | = ·············· → | **$0.00** |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |
| 11b. Over 90 days old: | **$0.00** | – | **$0.00** | = ·············· → | **$0.00** |
|  | face amount |  | doubtful or uncollectible accounts |  |  |

**12.  Total of Part 3**
       Current value on lines 11a + 11b = line 12. Copy the total to line 82.

|  |
|---|
| $0.00 |

## Part 4: Investments

**13.  Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.  Mutual funds or publicly traded stocks not included in Part 1**

       Name of fund or stock:

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

       Name of entity:                                    % of ownership:

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

       Describe:

**17.  Total of Part 4**
       Add lines 14 through 16. Copy the total to line 83.

|  |
|---|
| $0.00 |

## Part 5: Inventory, excluding agriculture assets

**18.  Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

18-01266-11   Doc 1   Filed 05/01/18   Entered 05/01/18 11:59:28   Pg 6 of 35

| Debtor | The Candle Connection, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| Goods for resale. | | | Cost basis | $37,450.00 |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.

| | |
|---|---|
| | $37,450.00 |

**24. Is any of the property listed in Part 5 perishable?**
- [x] No
- [ ] Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- [x] No
- [ ] Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- [x] No
- [ ] Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

- [x] No.  Go to Part 7.
- [ ] Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

| | |
|---|---|
| | $0.00 |

**34. Is the debtor a member of an agricultural cooperative?**
- [x] No
- [ ] Yes.  Is any of the debtor's property stored at the cooperative?
  - [ ] No
  - [ ] Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
- [x] No
- [ ] Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
- [x] No
- [ ] Yes

18-01266-11   Doc 1   Filed 05/01/18   Entered 05/01/18 11:59:28   Pg 7 of 35

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

---

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **Misc office supplies/equipment.** | | | **$400.00** |
| **40. Office fixtures** | | | |
| **Business equipment/supplies.** | | | **$13,000.00** |

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.                               **$13,400.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

## Part 8:  Machinery, equipment, and vehicles

---

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.                              **$0.00**

18-01266-11   Doc 1   Filed 05/01/18   Entered 05/01/18 11:59:28   Pg 8 of 35

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 9:  Real property

**54.  Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

☑ Yes.  Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **725 Front Street, #B**<br>**Leavenworth, WA  98826**<br>**725 Front Street, #B**<br>**Lease with Rachel Brewer (year 3 of**<br>**a 5 year lease)** | Lease | | | $7,134.00 |

**56.  Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.            $7,134.00

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:  Intangibles and Intellectual Property

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.

☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.  Internet domain names and websites** | | | |
| **62.  Licenses, franchises, and royalties** | | | |
| **63.  Customer lists, mailing lists, or other compilations** | | | |
| **64.  Other intangibles, or intellectual property** | | | |

18-01266-11   Doc 1   Filed 05/01/18   Entered 05/01/18 11:59:28   Pg 9 of 35

**65. Goodwill**

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

| $0.00 |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 11:   All other assets**

---

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes.  Fill in the information below.

Current value of
debtor's interest

**71. Notes receivable**

Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**75. Other contingent and unliquidated claims or causes of action of every nature,**
**including counterclaims of the debtor and rights to set off claims**

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78. Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.

| $0.00 |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

18-01266-11   Doc 1   Filed 05/01/18   Entered 05/01/18 11:59:28   Pg 10 of 35

Debtor __The Candle Connection, Inc.__               Case number (if known) _____
           Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$2,600.00** | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| **83. Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| **84. Inventory.** *Copy line 23, Part 5.* | **$37,450.00** | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$13,400.00** | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| **88. Real property.** *Copy line 56, Part 9* ........................................ ➔ | | **$7,134.00** |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| **90. All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| **91. Total.** Add lines 80 through 90 for each column. 91a. | **$53,450.00** + 91b. | **$7,134.00** |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92 .................................................................... **$60,584.00**

**Fill in this information to identify the case:**

Debtor name **The Candle Connection, Inc.**

United States Bankruptcy Court for the: **EASTERN DIST. OF WASHINGTON**

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

---

**Part 1:** **List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.1**

Creditor's name
_____

Creditor's mailing address
_____
_____
_____
_____

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien
_____

Describe the lien
_____
_____

Is the creditor an insider or related party?

☐ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| _____ | _____ |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

**$0.00**

18-01266-11    Doc 1    Filed 05/01/18    Entered 05/01/18 11:59:28    Pg 12 of 35

**Fill in this information to identify the case:**

Debtor    **The Candle Connection, Inc.**

United States Bankruptcy Court for the: **EASTERN DIST. OF WASHINGTON**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☑ No. Go to Part 2.
    ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** | _____ | _____ |

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Date or dates debt was incurred**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( _____ )

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,975.05** |

**Bank of America**

**P O Box 851001**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Dallas**          **TX**     **75285-1001** | **Basis for the claim:** **Credit Card** |

**Date or dates debt was incurred**    _____

Is the claim subject to offset?

**Last 4 digits of account number**    **6   0   8   1**

☑ No
☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,976.40** |

**Capital One**

**P O Box 60599**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **City of Industry**          **CA**     **91716-0599** | **Basis for the claim:** **Credit Card** |

**Date or dates debt was incurred**    _____

Is the claim subject to offset?

**Last 4 digits of account number**    __ __ __ __

☑ No
☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,739.21** |

**Cashmere Valley Bank**

**P O Box G**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Cashmere**          **WA**     **98815** | **Basis for the claim:** **Credit Card** |

**Date or dates debt was incurred**    _____

Is the claim subject to offset?

**Last 4 digits of account number**    **2   9   2   2**

☑ No
☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,371.13** |

**Citi Cards**

**P O Box 78019**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Phoenix**          **AZ**     **85062-8019** | **Basis for the claim:** **Credit Card** |

**Date or dates debt was incurred**    _____

Is the claim subject to offset?

**Last 4 digits of account number**    **2   4   0   7**

☑ No
☐ Yes

18-01266-11    Doc 1    Filed 05/01/18    Entered 05/01/18 11:59:28    Pg 14 of 35

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                 Amount of claim

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,216.98 |
|---|---|---|---|

**Dell Financial Services**

**P O Box 81607**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Austin**                     **TX**      **78708**

**Basis for the claim:**
**Charge Account**

Date or dates debt was incurred   _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   **6   5   2   4**

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,365.24 |
|---|---|---|---|

**Discover**

**P O Box 6103**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Carol Stream**              **IL**      **60197-6103**

**Basis for the claim:**
**Credit Card**

Date or dates debt was incurred   _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   **7   4   0   9**

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $35,004.16 |
|---|---|---|---|

**On Deck**

**901 N. Stuart Street, Ste.700**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Arlington**                 **VA**      **22203**

**Basis for the claim:**
**Business Loan**

Date or dates debt was incurred   _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   **0   0   0   8**

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,249.11 |
|---|---|---|---|

**On Deck**

**901 N. Stuart Street, Ste.700**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Arlington**                 **VA**      **22203**

**Basis for the claim:**
**Line of Credit**

Date or dates debt was incurred   _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   **6   2   0   1**

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

| | | |
| --- | --- | --- |
| 5a. | **Total claims from Part 1** | 5a. $0.00 |
| 5b. | **Total claims from Part 2** | 5b. **+** $85,897.28 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $85,897.28 |

**Fill in this information to identify the case:**

Debtor name **The Candle Connection, Inc.**

United States Bankruptcy Court for the: **EASTERN DIST. OF WASHINGTON**

Case number (if known) _____ Chapter **11**

☐ Check if this is an amended filing

<u>Official Form 206G</u>

**Schedule G: Executory Contracts and Unexpired Leases** 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | **Lease** | **Rachel Brewer** |
| | | | **7134 105th Avenue SW** |
| | | **Contract to be ASSUMED** | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | **Olympia** WA **98512** |

**Fill in this information to identify the case:**

Debtor name     __The Candle Connection, Inc.__

United States Bankruptcy Court for the: __EASTERN DIST. OF WASHINGTON__

Case number     _____
(if known)

☐ Check if this is an
  amended filing

<u>Official Form 206H</u>

## Schedule H: Codebtors                                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries
consecutively. Attach the Additional Page to this page.**

1.  **Does the debtor have any codebtors?**
    ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
    ☑ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
    schedules of creditors,** *Schedules D-G.* **Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is
    owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor
    separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Cindy Mowers** | **P O Box 732** <br> Number    Street <br><br> **Leavenworth          WA   98826** <br> City                           State   ZIP Code | **On Deck** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.2 **Cindy Mowers** | **P O Box 732** <br> Number    Street <br><br> **Leavenworth          WA   98826** <br> City                           State   ZIP Code | **On Deck** | ☐ D <br> ☑ E/F <br> ☐ G |

18-01266-11   Doc 1   Filed 05/01/18   Entered 05/01/18 11:59:28   Pg 18 of 35

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals 12/15

## Part 1: Summary of Assets

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B................................................................ | **$7,134.00** |

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B............................................................ | **$53,450.00** |

   1c. **Total of all property**
   Copy line 92 from Schedule A/B.............................................................. | **$60,584.00** |

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D..................... | **$0.00** |

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F........................................... | **$0.00** |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F......................... | **+ $85,897.28** |

4. **Total liabilities**
   Lines 2 + 3a + 3b................................................................................. | **$85,897.28** |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **04/26/2018**          X  **/s/ Cynthia Mowers**
      MM / DD / YYYY             Signature of individual signing on behalf of debtor

                               **Cynthia Mowers**
                               Printed name

                               **Officer/Owner**
                               Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **The Candle Connection, Inc.**

United States Bankruptcy Court for the: **EASTERN DIST. OF WASHINGTON**

Case number
(if known)

☐ Check if this is an
    amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

**1.**   **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions<br>and exclusions |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2018** to<br>MM / DD / YYYY | Filing date | ☑ Operating a business<br>☐ Other | **$214,536.00** |
| For prior year: | From **01/01/2017** to<br>MM / DD / YYYY | **12/31/2017**<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other | |
| For the year before that: | From **01/01/2016** to<br>MM / DD / YYYY | **12/31/2016**<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other | |

**2.**   **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3.**   **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None

**4.**  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425.  (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **On Deck** | | | **Payments on various credit cards in ordinary course of business.** |
| Insider's name | | | |
| Street | | | |
| City       State    ZIP Code | | | |
| **Relationship to debtor** | | | |

**5.**  **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.**  **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Part 3: | Legal Actions or Assignments |
|---|---|

**7.**  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☑ None

**8.**  **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.**   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:    Certain Losses

**10.**   **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6:    Certain Payments or Transfers

**11.**   **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

**12.**   **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13.**   **Transfers not already listed on this statement**
List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Cindy Mowers**<br><br>**Address**<br><br>**P O Box 732**<br>Street<br><br>**Leavenworth**    **WA**    **98826**<br>City      State    ZIP Code<br><br>**Relationship to debtor** | **Debtor pays herself $2,350/month as a salary for wirking 48 hours per week.** | _____ | _____ |

| **Part 7:** | **Previous Locations** |

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| **Part 8:** | **Health Care Bankruptcies** |

**15. Health Care bankrutcies**

Is the debtor primarily engaged in offering services and facilities for:

■ diagnosing or treating injury, deformity, or disease, or

■ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| **Part 9:** | **Personally Identifiable Information** |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
  ☐ No. Go to Part 10.
  ☐ Yes. Fill in below:

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Off site**<br>Name |  | **Some inventory is stored off site.** | ☑ No<br>☐ Yes |
| Street | **Address** |  |  |
| City          State    ZIP Code |  |  |  |

---

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

**Part 12:  Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes. Provide details below.

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24.  Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

**26.  Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Dennis Webb** | From _____  To _____ |
| Name | |
| **Webb Accountancy** | |
| Street | |
| **111 Elberta** | |
| | |
| **Cashmere**          **WA**      **98815** | |
| City                  State       ZIP Code | |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Cindy Mowers** | **Debtor has possession of books.** |
| Name | |
| **P O Box 732** | |
| Street | |
| | |
| **Leavenworth**        **WA**      **98826** | |
| City                   State       ZIP Code | |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.   **Cindy Mowers**
Name
**Applied for a loan with OnDeck.**
Street

_____

City            State      ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No.
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Cindy Mowers** | | **$37,450.00** |

**Name and address of the person who has possession of inventory records**

27.1.   **Cindy Mowers**
Name
**P O Box 732**
Street

_____

**Leavenworth**        **WA**     **98826**
City                State      ZIP Code

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Cindy Mowers** | **P O Box 732**<br>**Leavenworth, WA 98826** | | **100%** |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes.  Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1.  **Cindy Mowers** _____  **Monthly salary**
Name                                                    **$2,350.00**
**P O Box 732** _____
Street

**Leavenworth          WA    98826** _____
City                            State    ZIP Code

**Relationship to debtor**
_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

---

**Part 14:  Signature and Declaration**

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **04/26/2018**
MM / DD / YYYY

X  **/s/ Cynthia Mowers** _____        Printed name  **Cynthia Mowers** _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  **Officer/Owner** _____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON
## SPOKANE DIVISION

In re **The Candle Connection, Inc.**

Case No. _____

Chapter **11** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept................................................................ | **$1,783.00** |
| Prior to the filing of this statement I have received.......................................................... | **$1,783.00** |
| Balance Due............................................................................................................. | **$0.00** |

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **04/26/2018** | **/s/ Charles Raymond Steinberg** |
| --- | --- |
| *Date* | *Charles Raymond Steinberg*    Bar No.  23980 |
| | Steinberg Law Firm, PS |
| | 323 N Miller |
| | Wenatchee, WA  98801 |
| | Phone: (509) 662-3202 / Fax: (509) 662-5221 |

---

**/s/ Cynthia Mowers**

*Cynthia Mowers*
*Officer/Owner*

**Fill in this information to identify the case:**

Debtor name    **The Candle Connection, Inc.**

United States Bankruptcy Court for the: **EASTERN DIST. OF WASHINGTON**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1   On Deck<br>901 N. Stuart Street, Ste.700<br>Arlington, VA 22203 | | Business Loan | | | | $35,004.16 |
| 2   Citi Cards<br>P O Box 78019<br>Phoenix, AZ 85062-8019 | | Credit Card | | | | $12,371.13 |
| 3   On Deck<br>901 N. Stuart Street, Ste.700<br>Arlington, VA 22203 | | Line of Credit | | | | $10,249.11 |
| 4   Cashmere Valley Bank<br>P O Box G<br>Cashmere, WA 98815 | | Credit Card | | | | $7,739.21 |
| 5   Capital One<br>P O Box 60599<br>City of Industry, CA 91716-0599 | | Credit Card | | | | $6,976.40 |

| Debtor | The Candle Connection, Inc. | | | Case number (if known) | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6   Bank of America<br>P O Box 851001<br>Dallas, TX 75285-1001 | | Credit Card | | | | $5,975.05 |
| 7   Dell Financial Services<br>P O Box 81607<br>Austin, TX 78708 | | Charge Account | | | | $5,216.98 |
| 8   Discover<br>P O Box 6103<br>Carol Stream, IL 60197-6103 | | Credit Card | | | | $2,365.24 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**
**SPOKANE DIVISION**

IN RE:   **The Candle Connection, Inc.**                                    CASE NO

                                                                                        CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _4/26/2018_____               Signature _ _/s/ Cynthia Mowers_____
                                                                                          *Cynthia Mowers*
                                                                                          *Officer/Owner*


Date _____               Signature _____

```
Bank of America
P O Box 851001
Dallas, TX  75285-1001



Capital One
P O Box 60599
City of Industry, CA  91716-0599



Cashmere Valley Bank
P O Box G
Cashmere, WA  98815



Cindy Mowers
P O Box 732
Leavenworth, WA  98826



Citi Cards
P O Box 78019
Phoenix, AZ  85062-8019



Dell Financial Services
P O Box 81607
Austin, TX  78708



Discover
P O Box 6103
Carol Stream, IL  60197-6103



On Deck
901 N. Stuart Street, Ste.700
Arlington, VA  22203



Rachel Brewer
7134 105th Avenue SW
Olympia, WA  98512
```

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON
### SPOKANE DIVISION

IN RE:                                                    CHAPTER    **11**

**The Candle Connection, Inc.**


DEBTOR(S)                                                CASE NO


## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
|  |  |  |  |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **Officer/Owner** _____ of the _____ **Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.



Date:  **4/26/2018** _____          Signature:  **/s/ Cynthia Mowers** _____
                                                           *Cynthia Mowers*
                                                           **Officer/Owner**