So Ordered.

Dated: December 19th, 2018

Frederick P. Corbit
Bankruptcy Judge

Honorable FRED CORBIT
Chapter 11

Charles R. Steinberg, WSBA No. 23980
STEINBERG LAW FIRM, P.S.
323 N Miller Street
Wenatchee, WA  98801
509 662-3202 / 509 662-5221 fax
Attorney for CANDLE CONNECTION, INC.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | |
| | NO. 18-01266-FPC11 |
| The Candle Connection, Inc. | |
| Debtor. | FINDINGS OF FACT |

THIS MATTER coming before the Court for hearing on December 17, 2018. The plan under chapter 11 of the Bankruptcy Code filed by THE CANDLE CONNECTION, INC. [Docket Entry No. 52] on November 15, 2018, having been transmitted to creditors and equity security holders; and based on the evidence produced that the requirements for

FINDINGS OF FACT - 1

confirmation set forth in 11 U.S.C. § 1129(b) have been satisfied; The court hereby enters its Findings of Fact:

## **FINDINGS OF FACT**

1. The Plan has been accepted in writing by sufficient creditors and equity security holders.

2. The provisions of Chapter 11 of the United States Code have been complied with and the Plan has been proposed in good faith and not by any means forbidden by law.

3. (a) Each holder of a claim or interest has accepted the Plan or will receive or retain under the Plan property of a value, as of the effective date of the Plan, that is not less than the amount that such holder would receive or retain if the Debtor was liquidated under Chapter 7 of the Code on such date, or (b) the Plan does not discriminate unfairly, and is fair and equitable with respect to each class of claims or interests that is impaired under, and has not accepted the Plan;

4. All payments made or promised by the Debtor or by a person issuing securities or acquiring property under the Plan or by any other person for services or for costs and expenses in, or in connection with, the Plan and incident to the case, have been fully disclosed to the Court and are reasonable and are hereby approved, or, if to be fixed after confirmation of the Plan, will be subject to approval of the Court;

5. Confirmation of the Plan is not likely to be followed by the liquidation, or the need for further financial reorganization of the Debtor, or (b) if the Plan is a plan of liquidation, the Plan sets a time period in which liquidation will be accomplished, and provides for the eventuality that the liquidation is not accomplished in that time period;

6. Creditors were given Notice of Hearing on Confirmation and no objections thereto were made.

7. It is proper that the Plan be confirmed.

///END OF ORDER///

PRESENTED BY:
/s/ Charles R. Steinberg

_____
CHARLES R. STEINBERG, WSBA No. 23980
STEINBERG LAW FIRM, PS
323 N Miller
Wenatchee, WA   98801
509 662 3202
Attorney for The Candle Connection, Inc.

FINDINGS OF FACT - 2