**So Ordered.**

**Dated: December 19th, 2018**



_____
**Frederick P. Corbit**
**Bankruptcy Judge**

Honorable FRED CORBIT
Chapter 11

Charles R. Steinberg, WSBA No. 23980
STEINBERG LAW FIRM, P.S.
323 N Miller Street
Wenatchee, WA  98801
509 662-3202 / 509 662-5221 fax
Attorney for CANDLE CONNECTION, INC.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| In Re: | ) | |
|---|---|---|
| | ) | NO.  18-01266-FPC11 |
| The Candle Connection, Inc. | ) | |
| Debtor. | ) | CONCLUSIONS OF LAW |
| _____ | ) | |

THIS MATTER came on for hearing on Chapter 11 Plan of Reorganization filed on November 15, 2018 [Docket No. 52] ("Plan"), and the Court having entered its Findings of Fact, based upon the evidence produced, the Court now makes the following:

CONCLUSIONS OF LAW

CONCLUSIONS OF LAW - 1

1. The Plan has been accepted in writing by the creditors and equity security holders whose acceptance is required by law;

2. The provisions of Chapter 11 have been complied with and the Plan has been proposed in good faith and not by means forbidden by law;

3. (i) Each holder of a claim or interest has accepted the Plan or will receive or retain under the Plan, property of a value, as of the effective date of the Plan, that is not less than the amount that such holder would receive or retain if the Debtor was liquidated under Chapter 7 of the Code on such date, or (ii) the Plan does not discriminate unfairly, and is fair and equitable with respect to each class of claims or interest that are impaired under the Plan and has not accepted the Plan;

4. All payments made or promised by the Debtor or by a person issuing securities or acquiring property under the Plan or by an other person for services or for costs and expenses in, or in connection with, the Plan and incident to the case, have been fully disclosed to the Court and are reasonable or, if to be fixed after confirmation of the Plan, will be subject to approval of the Court;

5. The identity of any insider that will be employed or retained by the Debtor and their compensation has been fully disclosed;

6. (i) Confirmation of the Plan is not likely to be followed by the liquidation or the need for further financial reorganization of the Debtor or (ii) if the Plan is a Plan of liquidation, the Plan sets a time period in which liquidation will be accomplished, and provides for eventuality if the liquidation is not accomplished in that period;

7. This Plan is hereby confirmed.

///END OF ORDER///

PRESENTED BY:

/s/ Charles R. Steinberg
_____
CHARLES R. STEINBERG, WSBA No. 23980
STEINBERG LAW FIRM, PS
323 N Miller
Wenatchee, WA   98801
509 662 3202
Attorney for The Candle Connection, Inc.

CONCLUSIONS OF LAW - 2